### DUMAS v. STATE.
#### No. 13901.

Court of Criminal Appeals of Texas.
Oct. 29, 1930.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**LATTIMORE, J.**

Conviction is for felony theft, punishment being seven years in the penitentiary.

The indictment is regular. No statement of facts or bills of exception accompany the record. Nothing is presented for review.

The judgment is affirmed.

**HAWKINS, J., absent.**

### DUNWOODY v. STATE.
#### No. 13917.

Court of Criminal Appeals of Texas.
Oct. 29, 1930.

W. M. Tucker, of Wellington, and Alonzo Turner, of Borger, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**LATTIMORE, J.**

Conviction is for murder; punishment assessed being 99 years' confinement in the penitentiary.

No bills of exception or statement of facts accompany the record, and nothing is presented for review; the indictment appearing regular in all respects.

The judgment is affirmed.

**HAWKINS, J., absent.**